```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 13616
    CHRISTOPHER LAUELLE LACY SR
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0046
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/23/06 and confirmed on 01/24/07.

    2.  The case was dismissed after confirmation, 07/27/2007.

    3.  The Debtor paid a total of $   8135.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| CENTRIX FINANCIAL | SECURED VEHIC | 16041.01 | 734.28 | 2334.82 |
| US BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NA | MORTGAGE ARRE | .00 | .00 | .00 |
| COOK COUNTY TAX COLLECTO | SECURED | 66.66 | .00 | 66.66 |
| COOK COUNTY TAX COLLECTO | SECURED | 66.66 | .00 | 66.66 |
| COOK COUNTY TAX COLLECTO | SECURED | .00 | .00 | .00 |
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 486.79 | .00 | 486.79 |
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 171.46 | .00 | 171.46 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 1157.00 | .00 | 1157.00 |
| AMERICAN COLLECTORS SYST | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 10535.55 | .00 | 2157.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 556.02 | .00 | 556.02 |

              Summary of disbursements:
---

```
                     SECURED    PRIORITY   UNSECURED          OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   17989.58        .00    11091.57            .00      29081.15
PRINCIPAL PAID        4283.39        .00     2713.94            .00       6997.33
INTEREST PAID          734.28        .00          .00           .00        734.28
TOTAL PAID            5017.67        .00     2713.94            .00       7731.61
```
The Debtor's attorney, SELECT LEGAL PC              , was allowed $       .00
and was paid $         .00 .

The Trustee received $    403.39 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/10/07                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE